IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    15-cv-00676-WYD-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID L. WALTERS, DO, PHD, MBA,

    Defendant.

## ORDER

THIS MATTER is before the Court on the parties' Joint Motion for Entry of Consent Judgment (ECF No. 8), filed June 22, 2015.   The motion seeks entry of the Stipulated Consent Judgment (ECF No. 8-1) attached to the motion.   The Court, having reviewed the motion and finding good cause therefor,

ORDERS that the Joint Motion for Entry of Consent Judgment (ECF No. 8) is **GRANTED**.   The Stipulated Consent Judgment will be filed by the Court after this Order.

Dated:   July 2, 2015.

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            WILEY Y. DANIEL,
                            SENIOR UNITED STATES DISTRICT JUDGE